**UNITED STATES, Appellee,**

v.

**Joseph L. HEARN, Defendant, Appellant.**

No. 02–2648.

United States Court of Appeals, First Circuit.

July 8, 2003.

Joseph Hearn on brief pro se.

Peter E. Papps, First Assistant U.S. Attorney, and Thomas P. Colantuono, United States Attorney, on Motion for Summary Affirmance and Memorandum in Support for appellee.

Before BOUDIN, Chief Judge, LYNCH and LIPEZ, Circuit Judges.

PER CURIAM.

Upon a careful review of the judgment dismissing appellant's motion to modify his sentence, and in light of the record and the arguments on appeal, the judgment of dismissal is *affirmed.*

Alternatively, construing appellant's brief as a request for leave to file a second or successive habeas petition, we *deny* the request for failure to satisfy the statutory criteria.